UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIGEN SAHAKIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONSUMER CREDIT COUNSELING SERVICE OF GREATER ATLANTA, INC., a Georgia corporation, doing business as ClearPoint Credit Counseling Solutions, and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO. 16-cv-0219 BTM JMA<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

|   |   |
|---|---|
| 1 | Based on the parties' stipulation to dismiss this action pursuant to Rule |
| 2 | 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, having reviewed the parties' |
| 3 | Joint Motion for Dismissal, and finding good cause therefor, |
| 4 | IT IS HEREBY ORDERED that this action is dismissed. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: February 29, 2016 |

_____
Barry Ted Moskowitz, Chief Judge
United States District Court